723 A.2d 172

James D. NEAL, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

No. 190 M.D. Appeal Docket 1998.

Supreme Court of Pennsylvania.

Jan. 21, 1999.

## ORDER

PER CURIAM.

AND NOW, this 21st day of January, 1999, the direct appeal is quashed; the matter is treated as a petition for allowance of appeal and denied.

723 A.2d 172

Burnell WATSON, Appellant,

v.

PENNSYLVANIA BOARD OF PROBATION
& PAROLE, Appellee.

No. 188 M.D. Appeal Docket 1998.

Supreme Court of Pennsylvania.

Jan. 21, 1999.

## ORDER

PER CURIAM.

AND NOW, this 21st day of January, 1999, the direct appeal is quashed; the matter is treated as a petition for allowance of appeal and denied.